IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| MICHAEL CHARLES BENNETT<br><br>Plaintiff,<br><br>v.<br><br>BARTOW COUNTY, et al.<br><br>Defendants. | Civil Action File No.:<br><br>4:25-cv-00172-WMR |

## JOINT MOTION TO DISMISS LESS THAN ALL PARTIES

COME NOW, Plaintiff and all Defendants, and hereby move the Court pursuant to Federal Rules of Civil Procedure 21 and 41 for an order dismissing without prejudice any and all claims against the following Defendants: Bartow County, Clark Millsap, Phillip Nowlin, Tonya Joseph, April Williams, Tequita Miller, Chantal Dessources, Rebecca Hamilton, Callie Evans, and Tomme Elridge. Only Defendants CorrectHealth, LLC and CorrectHealth Bartow, LLC will remain in the case.

Federal Rules of Civil Procedure 21 and 41 govern the dismissal of parties and require leave of court before such a dismissal of fewer than all parties becomes effective. *See Liberty Mut. Ins. Co. v. Schulte*, 2024 U.S. Dist. LEXIS 230954, *5

(S.D.G.A. 2024).   Plaintiff and all Defendants hereby agree and consent to a dismissal without prejudice and respectfully request that this Court dismiss Bartow County, Clark Millsap, Phillip Nowlin, Tonya Joseph, April Williams, Tequita Miller, Chantal Dessources, Rebecca Hamilton, Callie Evans, and Tomme Elridge only.   Should the Court grant this Motion, only CorrectHealth, LLC and CorrectHealth Bartow, LLC would remain in the case.   All claims asserted by Plaintiff against the remaining Defendants CorrectHealth, LLC and CorrectHealth Bartow, LLC are not dismissed or affected by this Motion.

A proposed order is filed with this Motion.

This 2nd day of December, 2025.


**For Plaintiff:**

_/s/ Catherine Payne_
Catherine D. Payne
Georgia Bar No. 463911
Anne Marie du Toit
Georgia Bar No. 213320

PAYNE & DU TOIT
2275 Marietta Blvd. NW
Ste. 270-245
Atlanta, GA 30318-2019
404-850-5000
cpayne@pdtfirm.com
adutoit@pdtfirm.com

**For CorrectHealth Defendants:**

*/s/ Chelsea Murphy\**

Thomas E. Lavender III
Georgia Bar No. 439389
Chelsea N. Murphy
Georgia Bar No. 919109
*Attorneys for CorrectHealth Defendants*

*\*by CDP with Express Permission*

LAVENDER HOFFMAN EMERY, LLC
750 Hammond Drive
Building 2, Suite 200
Atlanta, GA 30328
(404) 400-4500 (phone and fax)
tlavender@lhefirm.com
cmurphy@lhefirm.com

**Defendants Bartow County and Millsap**

*/s/ Terry E. Williams\**

Terry E. Williams
Georgia Bar No. 764330

*\*by CDP with Express Permission*

WILLIAMS & WAYMIRE, LLC
Bldg. 400, Suite A
4330 South Lee Street
Buford, GA 30518
678-541-0790

678-541-0789
terry@wmwlaw.com


**Defendant Tequita Miller**


_____/s/ Evan W. Elam*_____
Shannon M. Sprinkle
Georgia Bar No. 495095
Evan W. Elam
Georgia Bar No. 170583

*by CDP with Express Permission

STITES & HARBISON PLLC
303 Peachtree Street, N.E.
Suite 2800
Atlanta, Georgia 30308
Telephone: (404) 739-8800
Facsimile: (404) 739-8870
Attorneys for Defendant Tequita Miller


The undersigned counsel certifies that the foregoing has been prepared with one of the font and point selections approved by the court in LR 5.1B.

_____/s/ Catherine Payne_____
Catherine D. Payne

4

## **CERTIFICATE OF SERVICE**

This is to certify that on December 2, 2025, I electronically filed the foregoing

JOINT MOTION TO DISMISS LESS THAN ALL PARTIES with the Clerk of

Court using the CM/ECF system which will automatically send email notification of

such filing to attorneys of record.

PAYNE & DU TOIT

*/s/ Catherine Payne*

2275 Marietta Blvd NW
Ste. 270-245
Atlanta, GA 30318-2019
404-850-5000
cpayne@pdtfirm.com
adutoit@pdtfirm.com

Catherine D. Payne
Georgia Bar No. 463911
Anne Marie du Toit
Georgia Bar No. 213320
*Attorneys for Plaintiff*

5