IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| MICHAEL CHARLES BENNETT<br><br>Plaintiff,<br><br>v.<br><br>BARTOW COUNTY, et al.<br><br>Defendants. | Civil Action File No.:<br><br>4:25-cv-00172-WMR |

### ORDER ON JOINT MOTION TO DISMISS LESS THAN ALL PARTIES

This matter is before the Court on the Parties' Joint Motion to Dismiss Less Than all Parties. Pursuant to Federal Rules of Civil Procedure 15 and 21, this Motion is GRANTED, and the following Defendants are hereby dismissed without prejudice: Bartow County, Clark Millsap, Phillip Nowlin, Tonya Joseph, April Williams, Tequita Miller, Chantal Dessources, Rebecca Hamilton, Callie Evans, and Tomme Elridge.

Only Defendants CorrectHealth, LLC and CorrectHealth Bartow, LLC remain in the case, and all claims asserted by Plaintiff against these remaining two Defendants are not dismissed or affected by this Order.

IT IS SO ORDERED this _____ day of December, 2025.


_____
United States District Judge