IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| MICHAEL CHARLES BENNETT<br><br>  Plaintiff,<br><br>v.<br><br>BARTOW COUNTY, et al.<br><br>  Defendants. | Civil Action File No.:<br><br>4:25-cv-00172-WMR |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff and all remaining Defendants, CorrectHealth, LLC and CorrectHealth Bartow, LLC, pursuant to Federal Rule of Civil Procedure Rule 41 and hereby stipulate to the dismissal of this action in its entirety WITH prejudice.

This 2nd day of February, 2026.

[Signatures on following page.]

**For Plaintiff:**

> */s/ Catherine Payne*
> Catherine D. Payne
> Georgia Bar No. 463911
> Anne Marie du Toit
> Georgia Bar No. 213320

PAYNE & DU TOIT
2275 Marietta Blvd. NW
Ste. 270-245
Atlanta, GA 30318-2019
404-850-5000
cpayne@pdtfirm.com
adutoit@pdtfirm.com

**For CorrectHealth Defendants:**

> */s/ Chelsea N. Murphy\**
> Thomas E. Lavender III
> Georgia Bar No. 439389
> Chelsea N. Murphy
> Georgia Bar No. 919109
> *Attorneys for CorrectHealth Defendants*
>
> *\*by CDP with express permission*

LAVENDER HOFFMAN EMERY, LLC
750 Hammond Drive
Building 2, Suite 200
Atlanta, GA 30328
(404) 400-4500 (phone and fax)
tlavender@lhefirm.com
cmurphy@lhefirm.com

## **CERTIFICATE OF SERVICE**

This is to certify that on February 2, 2026, I electronically filed the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

PAYNE & DU TOIT

*/s/ Catherine Payne*

2275 Marietta Blvd NW
Ste. 270-245
Atlanta, GA 30318-2019
404-850-5000
cpayne@pdtfirm.com
adutoit@pdtfirm.com

Catherine D. Payne
Georgia Bar No. 463911
Anne Marie du Toit
Georgia Bar No. 213320
*Attorneys for Plaintiff*